AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schiltz, Patrick J. | U.S. District Court, Minnesota | 04/26/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
300 South Fourth Street - Suite 14E
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Minnesota Chapter of Federal Bar Association |
| 2. | Member, Board of Governors | University of St. Thomas School of Law |
| 3. | Power of Attorney | ▬▬▬▬▬▬ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 04/26/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | University of St. Thomas (salary) |
| 2. 2017 | LEG, Inc. d/b/a West Academic (royalties for casebook and payment for work on casebook supplement) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 04/26/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BANK ACCOUNTS (H) | | | | | | | | | |
| 2.  -- Wells Fargo Bank Cash Accounts | A | Interest | L | T | | | | | |
| 3.  -- US Bank Cash Accounts | A | Interest | J | T | | | | | |
| 4.  -- Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 5.  UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #1 (H) | | | | | | | | | |
| 6.  -- CREF Stock Fund | | None | N | T | Sold (part) | 05/08/17 | K | | |
| 7.  -- CREF Growth Fund | | None | M | T | Sold (part) | 05/08/17 | K | | |
| 8.  -- CREF Bond Market Fund | | None | M | T | Buy (add'l) | 05/08/17 | K | | |
| 9.  -- CREF Inflation-Linked Bond Fund | | None | L | T | | | | | |
| 10.  UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #2 (H) | | | | | | | | | |
| 11.  -- CREF Stock Fund | | None | M | T | | | | | |
| 12.  -- CREF Growth Fund | | None | M | T | | | | | |
| 13.  -- CREF Bond Market Fund | | None | M | T | | | | | |
| 14.  -- CREF Inflation-Linked Bond Fund | | None | L | T | | | | | |
| 15.  -- T. Rowe Price Retirement 2025 Fund | B | Dividend | K | T | | | | | |
| 16.  IRA #1 (H) | | | | | | | | | |
| 17.  -- Vanguard Total Stock Mkt Idx Fund | D | Dividend | N | T | Sold (part) | 09/18/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 04/26/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard Target Retirement 2025 (X) | C | Dividend | M | T | Buy | 08/07/17 | J | | |
| 19. | | | | | Buy (add'l) | 09/18/17 | L | | |
| 20. IRA #2 (H) | | | | | | | | | |
| 21. -- Vanguard Total Stock Mkt Idx Fund | C | Dividend | M | T | Sold (part) | 09/18/17 | L | | |
| 22. -- Vanguard Target Retirement 2025 (X) | C | Dividend | M | T | Buy | 08/07/17 | J | | |
| 23. | | | | | Buy (add'l) | 09/18/17 | L | | |
| 24. MUTUAL FUNDS (H) | | | | | | | | | |
| 25. -- Fidelity New Markets Income Fund | C | Dividend | L | T | | | | | |
| 26. -- T. Rowe Price Small-Cap Stock Fund | D | Dividend | L | T | | | | | |
| 27. -- T. Rowe Price Tax-Free High Yield Fund | B | Dividend | L | T | | | | | |
| 28. -- Vanguard GNMA Fund | B | Dividend | L | T | | | | | |
| 29. -- Vanguard Intermediate-Term Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 30. -- Vanguard Limited-Term Tax-Exempt Fund | A | Dividend | K | T | | | | | |
| 31. -- Vanguard REIT Index Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I, line 3: I was given a power of attorney to sign an apartment lease on behalf of my parents.

Section VII, lines 5-14: CREF does not credit income to individual accounts, but instead reports a unit value to participants.

Section VII, lines 6, 7 & 8: This represents a transfer within a 403(b) account, from CREF Stock Fund and CREF Growth Fund to CREF Bond Market Fund.

Section VII, lines 17 & 19: This represents a transfer within an IRA, from Vanguard Total Stock Market Index Fund to Vanguard Target Retirement 2025 Fund.

Section VII, lines 21 & 23: This represents a transfer within an IRA, from Vanguard Total Stock Market Index Fund to Vanguard Target Retirement 2025 Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 04/26/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick J. Schiltz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544